**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL NO:**

JUSTIN PRATER, *Plaintiff*

vs.                              **COMPLAINT**

RUMSON, BOLLING & ASSOCIATES, *Defendant*

    Serve:  Registered Agent
              Rumson, Bolling & Associates
              4570 Van Nuys Boulevard
              # 331
              Sherman Oaks CA 91403

\* \* \* \* \* \* \* \*

NOW COMES Plaintiff, JUSTIN PRATER, by and through his attorneys, KROHN & MOSS, LTD., and for his Complaint against Defendant, RUMSON, BOLLING & ASSOCIATES, alleges and affirmatively states as follows:

## INTRODUCTION

1.    Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. § 1692 et seq.* ("FDCPA").

## PARTIES

2.    Plaintiff, JUSTIN PRATER ("Plaintiff") is an individual who was at all times relevant hereto residing in the State of Kentucky, County of Pike.

3.    Plaintiff is a consumer as that term is defined by 15 *U.S.C. § 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term in defined by 15 *U.S.C. § 1692a(5)*.

-2-

4. Defendant is a debt collector as defined by *15 U.S.C. § 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

5. Defendant is a national corporation with its headquarters in Sherman Oaks, California.

6. Defendant has acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

## JURISDICTION AND VENUE

7. Jurisdiction of this court arises pursuant to *15 U.S.C. § 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

8. Defendant conducts business in the State of Kentucky, and therefore, personal jurisdiction is established.

9. Venue is proper under *28 U.S.C. § 1391(b)(2)*.

## FACTUAL ALLEGATIONS

10. On or around July of 2011, Defendant started constantly and continuously placing collection calls to Plaintiff, seeking payment for an alleged debt owed by Plaintiff's father, Timothy Prater.

11. Defendant contacted Plaintiff at telephone number (606) 434-XXXX from telephone number (888) 861-4338, several times per day, several days per week.

12. Plaintiff states that Defendant called him three (3) separate times during a single day.

13. Defendant contacted Plaintiff while Plaintiff was at work.

14. Plaintiff informed Defendant that he was at work and to cease calling him at said number.

15. However, Defendant continued to contact Plaintiff while he was at work, seeking payment for an alleged debt that belonged to Plaintiff's father and not Plaintiff.

16. Defendant told Plaintiff that the calls would not stop until the debt was paid.

17. Defendant threatened to report the debt on Plaintiff's credit report even though Plaintiff did not owe the debt. .

## COUNT I
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(3)* by repeatedly contacting Plaintiff at his place of employment even though Defendant knew that Plaintiff's employer prohibits the consumer from receiving such communications;
    b. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of Plaintiff;
    c. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff; and
    d. Defendant violated *§1692e(8)* of the FDCPA by communicating or threatening to communicate to any person credit information which is known or should be known to be false, including the failure to communicate that a disputed debt is disputed.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, JUSTIN PRATER, respectfully requests judgment be entered against Defendant, RUMSON, BOLLING & ASSOCIATES, for the following:

   a. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692k;*
   b. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. §1692k*; and
   c. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, JUSTIN PRATER, demands a jury trial in this cause of action.

DATED:  October 3, 2011              Respectfully Submitted,
                                     **JUSTIN PRATER**

                                By:  /s/Lee Cassie Yates
                                     Lee Cassie Yates – Atty No. 91821
                                     Attorney for Plaintiff
                                     KROHN & MOSS, LTD.
                                     10 N. Dearborn St., 3rd Floor
                                     Chicago, IL 60602
                                     (312) 578-9428

-5-

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KENTUCKY )
                  ) ss.
COUNTY OF PIKE    )

Plaintiff, JUSTIN PRATER, having first been duly sworn and upon oath, deposes and says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

_____
JUSTIN PRATER