IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL NO: 7:11-cv-00153-ART

JUSTIN PRATER, *Plaintiff*

vs.  **NOTICE OF VOLUNTARY DISMISSAL**

RUMSON, BOLLING & ASSOCIATES, *Defendant*

* * * * * * * *

_____

NOW COMES Plaintiff, JUSTIN PRATER ("Plaintiffs"), by and through his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, RUMSON, BOLLING & ASSOCIATES, ("Defendant"), in this case.

RESPECTFULLY SUBMITTED
**KROHN & MOSS, LTD**

Dated: December 13, 2011

By: s/ Lee Cassie Yates_____
   Lee Cassie Yates - # 352688
   Krohn & Moss, Ltd.
   10 N. Dearborn, 3rd Floor
   Chicago, IL 60602
   Telephone: (312) 578-9428

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on January 3, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on January 3, 2012, I served all counsel of record with a copy of this document by way of the CM/ECF System.


Dated: December 13, 2011

                 By: s/ Lee Cassie Yates_____
                  Lee Cassie Yates - # 352688
                  Krohn & Moss, Ltd.
                  10 N. Dearborn, 3rd Floor
                  Chicago, IL 60602
                  Telephone: (312) 578-9428
                  *Attorney for Plaintiff*